UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSHANE RICHIE SIMMS<br>Petitioner,<br>-against-<br>PAUL ARTETA, et al.,<br>Respondents. | 26-cv-5712 (LJL)<br>ORDER |

LEWIS J. LIMAN, United States District Judge:

Respondents filed a letter on July 8, 2026 explaining that the basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A). Respondents assert that this case is not controlled by *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026) because Petitioner was detained shortly after unlawfully entering the United States and then released on parole pursuant to 8 U.S.C. § 1182(d)(5).

Respondents shall be prepared to address at the conference scheduled for July 9, 2026, whether there is any basis to distinguish this case from this Court's decision in *Rojas v. Almodovar*, 2025 WL 3034183, at *3 (S.D.N.Y. Oct. 30, 2025), and, if not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal.

SO ORDERED.

Dated: July 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge