UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSHANE RICHIE SIMMS<br><br>Petitioner,<br><br>-against-<br><br>PAUL ARTETA, et al.,<br><br>Respondents. | 26-cv-5712 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on July 9, 2026.

Pursuant to the Court's July 6, 2026 Order to Answer, Respondents shall file an answer to the Petition on July 10, 2026. Plaintiff shall reply to Respondents' answer by July 17, 2026.

If either party seeks a hearing on the Petition, it should so request in a letter to the Court. If either party seeks oral argument on the Petition, it should so request in the answer or reply in support of the Petition, as applicable to the party.

SO ORDERED.

Dated: July 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge