UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSHANE RICHIE SIMMS

Petitioner,

-against-

PAUL ARTETA, et al.,

Respondents.

26-cv-5712 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On July 14, 2026, Petitioner submitted a reply letter in further support of the Petition for writ of habeas corpus. Dkt. No. 12. In that letter, Petitioner states that the letter was submitted in advance of the conference scheduled in this matter. *Id.* The Court has not scheduled a conference in this matter. The Court is prepared to decide this case on the papers. If either party seeks argument on the Petition, it should so request by the end of the day today, July 15, 2026. In the absence of a request for a hearing, the Court will entertain any further submissions so long as they are submitted no later than July 16, 2026.

SO ORDERED.

Dated: July 15, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge