UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSHANE RICHIE SIMMS

Petitioner,

-against-

PAUL ARTETA, et al.,

Respondents.

26-cv-5712 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Petitioner shall inform the Court by no later than July 31, 2026 whether Petitioner opposes an order closing this case. In the absence of a timely filed response, the Court shall enter an order directing the Clerk of Court to close this matter.

SO ORDERED.

Dated: July 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge